IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL PADILLA-RIVAS,<br><br>Defendant. | Case No. 3:14-cr-00120-SI<br><br>ORDER GRANTING MOTION TO REDUCE SENTENCE |

SIMON, District Judge:

This matter having come before the Court upon the defendant's motion for compassionate release, and the government, through AUSA Kemp Strickland, having advised the Court that the motion is unopposed, and the Court having found that the motion is procedurally ripe, that extraordinary and compelling reasons as well as the factors under 18 U.S.C. § 3553(a) warrant a sentence reduction to time served, and that the presentence report indicates that the defendant will be transferred to the custody of the relevant immigration authorities upon completion of his sentence,

IT IS HEREBY ORDERED that the motion to reduce the term of imprisonment imposed in this case to time served is GRANTED;

Page 1   EXHIBITS TO MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) (COMPASSIONATE RELEASE) (FILED UNDER SEAL)

IT IS FURTHER ORDERED that an amended judgment shall be prepared and entered forthwith reducing the term of imprisonment to time served, with all conditions of supervised release remaining unchanged.

Dated this 29th day of June, 2020

_____
Hon. Michael H. Simon
United States District Court Judge